JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

QUAN VAN NGUYEN,

    Petitioner,

   v.

DEPARTMENT OF HOMELAND SECURITY,

    Respondent.

Case No. 5:25-cv-02115-FWS-SP

**JUDGMENT**

   Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: May 22, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE